UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>BROOKS, et al.,<br><br>        Defendants. | Case No. 18-cv-02634-EJD (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 30, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Robert Taylor, Pro Se

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Contra Costa County Counsel, Sean Rodriguez

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/31/2019

ROBERT M. ILLMAN
United States Magistrate Judge